# UNITED STATES DISTRICT COURT

FILED
DISTRICT COURT OF GUAM
FEB 24 2005
MARY L.M. MORAN
CLERK OF COURT

U.S. MARSHALS - GUAM
RECEIVED
22 FEB 2005 14 08 00

DISTRICT OF GUAM

UNITED STATES OF AMERICA
V.

DUANE ANTHONY CALVO

SUMMONS IN A CRIMINAL CASE

(3)

Case Number: CR-05-00016-001

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| | **Date and Time**<br>Thursday, February 24, 2005 at 9:30 a.m. |
| Before: **HONORABLE JOAQUIN V.E. MANIBUSAN, JR.** | |

To answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

Charging you with a violation of Title ___21___ United States Code, Section(s) __841(a)(1), (b)(1)(A)(viii) & 846__

Brief description of offense:

**ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE**

ORIGINAL

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

February 23, 2005
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

# RETURN OF SERVICE

Service was made by me on:[1] DEA S/A Paul Griffith   Date 02-23-05

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: 108 Hernan Cortez Ave. Ste 300 Hogatna, Guam

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  2-24-05
            Date

J.L.G. SALAS
Name of United States Marshal

S/DUSM Franklin J. Fartigue
(by) Deputy United States Marshal

Remarks: SEALED CASE

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.