AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

FILED
DISTRICT COURT OF GUAM
FEB 24 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA
V.

**RAYMOND GERALD LIZAMA CALVO**

SUMMONS IN A CRIMINAL CASE

Case Number: **CR-05-00016-002**

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam** <br> **4th Floor, U.S. Courthouse** <br> **520 West Soledad Avenue** <br> Before: **HONORABLE JOAQUIN V.E. MANIBUSAN, JR.** | 413 |
| | Date and Time <br> **Thursday, February 24, 2005 at 9:30 a.m.** |

To answer a(n)
X Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title _____21_____ United States Code, Section(s) __841(a)(1), (b)(1)(A)(viii) & 846__

Brief description of offense:

**ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE**

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

**February 23, 2005**
Date

| RETURN OF SERVICE |
|---|

Date 02-23-05

Service was made by me on:[1] DEA S/A Paul Griffith

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: 108 Hernan Cortez Ave, Ste 300 Hagatna, Guam

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 2-24-05
            Date

J.L.G. SALAS
Name of United States Marshal

S/DUSM Franklin J. Tautzen
(by) Deputy United States Marshal

Remarks: SEALED CASE

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.