FILED
DISTRICT COURT OF GUAM

MAR 9 2005

MARY L.M. MORAN
CLERK OF COURT



1  DCalvo.enh

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
5  Hagåtña, Guam 96910
   Tel: (671) 472-7332/7283
6  Fax: (671) 472-7334

7  Attorneys for the United States of America

8

9           IN THE UNITED STATES DISTRICT COURT

10              FOR THE DISTRICT OF GUAM

11

12  UNITED STATES OF AMERICA,        )   CRIMINAL CASE NO. 05-00016
                                     )
13                 Plaintiff,        )
                                     )
14         vs.                       )   **INFORMATION REGARDING**
                                     )   **NOTICE OF SENTENCING**
15                                   )   **ENHANCEMENT**
    DUANE ANTHONY CALVO,             )
16                                   )
                   Defendant.        )
17  _____ )

18
           COMES NOW the United States of America, by and through undersigned counsel,
19
    pursuant to 21 U.S.C. § 851, and gives notice that the defendant, DUANE ANTHONY CALVO
20
    was previously convicted of a felony drug offense, to-wit:
21
           On or about October 24, 1997, defendant DUANE ANTHONY CALVO,
22         was convicted of a felony drug offense, to wit, Possession of Methamphetamine
           Hydrochloride with Intent to Distribute, in violation of Title 21, United States
23         Code, § 841(a)(1).

24         If the defendant is convicted for a violation of 21 U.S.C. § 841(a)(1), then the defendant's

25  sentence will be enhanced and defendant will be subject to a sentence of imprisonment of not

26  //

27  //

28  //

1  less than twenty (20) years because of defendant's prior felony drug convictions.  21 U.S.C.

2  § 841(b)(1)(B).

3       DATED this __8th__ day of March, 2005.

4                           LEONARDO M. RAPADAS
                         United States Attorney

5                           Districts of Guam and NMI

6

7         By:

8                           KARON V. JOHNSON
                         Assistant U.S. Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                         2