PS 8
(8/88)

# United States District Court

for

THE DISTRICT OF GUAM



FILED
DISTRICT COURT OF GUAM

MAR 29 2005

MARY L.M. MORAN
CLERK OF COURT

U.S.A. vs:     JOHN TROY SANTOS     Docket No.     CR 05-00016-003

(15)

### Petition for Action on Conditions of Pretrial Release

COMES NOW     ROBERT I. CARREON     PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant     John Troy Santos     who was placed under pretrial release supervision by the     Joaquin V.E. Manibusan, Jr., Magistrate Judge     sitting in the court at     Hagatna, Guam     on the   24th   date of   February  , 20   05   under the following conditions:

Report to the U.S. Probation Office and the Drug Enforcement Administration as directed; surrender his passport to the Clerk of Court of the U.S. District Court of Guam; obtain no passport; maintain fixed residence; not leave Guam without permission of the Court and U.S. Probation; refrain from possessing a firearm, destructive device or other dangerous weapons; refrain from excessive use of alcohol; refrain from any unlawful possession of a narcotic drug or other controlled substances, unless prescribed by a licensed practitioner; submit to drug testing; and stay away from all ports of entry and exit.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(If short insert here; if lengthy write on separate sheet and attach)

*(See attached Special Report by U.S. Probation Officer Robert I. Carreon)*

PRAYING THAT THE COURT WILL

Pursuant to 18 U.S.C. §3154(5), order that a summons be issued, and that this matter be set for a hearing, and at that hearing, the defendant be held to answer or show cause why conditions of release should not be modified, or for any other matter for which the Court may deem just and proper.

ORDER OF COURT

Considered and ordered 29th day of March, 2005 and ordered and made a part of the records in the case.

ROBERT CLIVE JONES, Designate
U.S. District Judge/Magistrate

Respectfully,

Robert I. Carreon
U.S. Pretrial Services Officer

Place:     Hagåtña, Guam

Date:     March 25, 2005

RECEIVED
MAR 28 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Docket No.: 05-00016-003 |
| | ) | |
| vs. | ) | SPECIAL REPORT |
| | ) | |
| JOHN TROY SANTOS | ) | |
| Defendant. | ) | |
| | ) | |

Re: Request for Employer Notification Condition

On February 24, 2005, the above referenced defendant appeared in the U.S. District Court of Guam for an Initial Appearance hearing under seal relative to an Indictment charging him with Attempted Possession with Intent to Distribute Methamphetamine Hydrochloride, 21 U.S.C. §§841(a)(1), (b)(1)(A)(viii) & 846. He was subsequently released on a personal recognizance bond with the following conditions: report to the U.S. Probation Office as directed; shall surrender any passport to the Clerk of Court and obtain no other; maintain a fixed residence; refrain from possessing a firearm, destructive device or other dangerous weapon; refrain from the use and unlawful possession of controlled substances; refrain from the excessive use of alcohol; submit to any method of testing required by the U.S. Probation Office or the supervising officer for determining whether the defendant is using a prohibited substance; report any contact with law enforcement personnel; stay away from all ports of entry or exit; and not leave Guam without permission of the Court and the U.S. Probation Office.

As this case is presently under seal, this Officer has coordinated all contact with Mr. Santos through the U.S. Drug Enforcement Administration. The pretrial supervision orientation was conducted on March 8, 2005, during which time all release conditions were explained to him. The orientation also included a discussion of any risks the case may pose. In line with this, and relative to the nature of the instant offense, Mr. Santos was asked to elaborate on his employment with the Guam Fire Department. According to Mr. Santos, he is a Firefighter I and presently stationed at the Tamuning Fire Station. He related that twice per week he is detailed as a paramedic, responding to various emergencies as received. Mr. Santos is otherwise detailed as a regular member of the fire engine unit, which also responds to various emergencies as received. He related that he has a rotating schedule that is comprised of ten 24-hour work days per month. Mr. Santos lastly reported that his employer is unaware of his involvement in the instant offense as he is presently cooperating with authorities.

SPECIAL REPORT
Request for Employer Notification Condition
Re:     SANTOS, John Troy
USDC Cr. Cs. No. 05-00016-003
March 25, 2005
Page 2


      Given Mr. Santos' employment information above and his admission of "ice" use on February 17, 2005 (contained in the pretrial services report), it is the determination of the U.S. Probation Office that there exists clear third party risk to the individuals he serves with his occupation as a firefighter and paramedic. To address this risk, the U.S. Probation Office has subjected Mr. Santos to a urinalysis schedule that is at an increased rate of twice weekly. However, the U.S. Probation Office submits to the Court and the Parties that the risk of danger to the community cannot be addressed by urinalysis at any frequency.

      If Mr. Santos' case was not sealed, the U.S. Probation Office would be requesting that the defendant's pretrial release conditions be modified to include third party notification to his employer. It is therefore recommended that upon unsealing of this case, the Court modify Mr. Santos' pretrial release conditions, pursuant to 18 U.S.C. §3142(c)(3), to include notification of his case to his employer.

      RESPECTFULLY submitted this _25th_ day of March 2005.

                                                    FRANK MICHAEL CRUZ
                                                  Chief U.S. Probation Officer

                              By:   _____
                                                ROBERT I. CARREON
                                                U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:    Karon V. Johnson, AUSA
       Louie Yanza, Defense Counsel
       File