AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM

**FILED**
DISTRICT COURT OF GUAM
APR 12 2005
MARY L.M. MORAN
CLERK OF COURT

U.S. MARSHALS GUAM
RECEIVED
-1 APR 2005 14 00 00

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

**JOHN TROY SANTOS**

Case Number: **CR-05-00016-003**

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam** <br> **4th Floor, U.S. Courthouse** <br> **520 West Soledad Avenue** | **413** |
| | Date and Time |
| Before: **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | **Monday, May 2, 2005 at 9:30 a.m.** |

To answer a(n)
☐ Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  **X** Violation Notice

Charging you with a violation of Title ____**18**____ United States Code, Section(s) ____**3142(c)(3)**____

Brief description of offense:

**ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS SHOULD NOT BE REVOKED**
(See attached Petition and Violation Report)

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

**April 1, 2005**
Date

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  4-12-05
             Date

JOAQUIN L.G. SALAS
Name of United States Marshal

S/DUSM Franklin J. Fontague
(by) Deputy United States Marshal

Remarks:  ATTORNEY LOUIE YANZA SERVED ON
          4.7.05 AT 10:00 AM

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.