**FILED**
DISTRICT COURT OF GUAM

APR 2 2 2005 nba

**MARY L.M. MORAN**
**CLERK OF COURT**

(25)

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00016 |
| Plaintiff. ) | |
| ) | **REPORT AND RECOMMENDATION** |
| vs. ) | **CONCERNING PLEA OF GUILTY** |
| ) | **IN A FELONY CASE** |
| DUANE ANTHONY CALVO, ) | |
| ) | |
| Defendant. ) | |

The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P., and has entered a plea of guilty to an Indictment charging him with Attempted Possession with Intent to Distribute Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846. After examining the defendant under oath, I have determined that the defendant is fully competent and capable of entering an informed plea, that the guilty plea was intelligently, knowingly and voluntarily made, and that the offense charged is supported by an independent basis in fact establishing each of the essential elements of such offense. I therefore

///
///
///
///
///

1  recommend that the plea of guilty be accepted and that the defendant be adjudged guilty and

2  have sentence imposed accordingly.

3      IT IS SO RECOMMENDED.

4      DATED this 22nd day of April 2005.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

## NOTICE

**Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.  28 U.S.C. § 636(b)(1)(B).**