```
 1
 2                                              **FILED**
 3                                        DISTRICT COURT OF GUAM
 4                                           APR 2 2 2005
 5                                           MARY L.M. MORAN
                                             CLERK OF COURT
 6              IN THE UNITED STATES DISTRICT COURT
 7                 FOR THE TERRITORY OF GUAM
 8
 9  UNITED STATES OF AMERICA,        )     CRIMINAL CASE NO. 05-00016
                                     )
10              Plaintiff.           )
                                     )     **CONSENT TO RULE 11 PLEA IN**
11       vs.                         )     **A FELONY CASE BEFORE UNITED**
                                     )     **STATES MAGISTRATE JUDGE**
12  RAYMOND GERALD LIZAMA CALVO,     )
                                     )
13              Defendant.           )
                                     )
14  ─────────────────────────────────
```

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the Magistrate Judge conducting the proceedings required by Rule 11, Federal Rules of Criminal Procedure, incident to the making of such plea. I understand that if the United States Magistrate Judge recommends that the plea of guilty be accepted, a presentence investigation and report will be ordered pursuant to Rule 32, Federal Rules of Criminal Procedure. I further understand that the assigned United States District Judge will then act on the Magistrate Judge's Report and Recommendation; and, if the plea of guilty is accepted, will adjudicate guilt and schedule a

///
///
///
///
///

sentencing hearing at which the District Judge will decide whether to accept or reject any associated plea agreement, and will determine and impose sentence.

DATED this _____ day of April 2005.

_____
RAYMOND GERALD LIZAMA CALVO
Defendant

_____
RAWLEN MANTANONA
Attorney for Defendant

APPROVED:

_____
KARON V. JOHNSON
Assistant U.S. Attorney