# United States District Court
## District of Guam

FILED
DISTRICT COURT OF GUAM
MAY 10 2005
MARY L.M. MORAN
CLERK OF COURT

United States of America )
)
vs. )
)
JOHN TROY SANTOS )   Case No:   05-00016-003

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __John Troy Santos__, have discussed with __Robert I. Carreon__, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

Upon unsealing of this case, the defendant shall notify his employer of his involvement in the instant offense and allow the U.S. Probation/Pretrial Services Office to verify compliance with such notification.

RECEIVED
MAY - 9 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

I consent to this modification of my release conditions and agree to abide by this modification.

| John Troy Santos | 4-8-05 | Robert I. Carreon | 4/8/05 |
| Signature of Defendant | Date | Pretrial Services/Probation Officer | Date |

I have reviewed the conditions with my client and concur that this modification is appropriate.

Louie Yanza                                       4/22/05
Signature of Defense Counsel                       Date

[X] The above modification of conditions of release is orderd, to be effective on __May 10, 2005__

[ ] The above modification of conditions of release is *not* ordered.

David O. Carter                                   May 10, 2005
DAVID O. CARTER*                                  Date
Judge
U.S. District Court of Guam

*The Honorable David O. Carter, United States District Court Judge for the Central District of California, sitting by designation.