```
1  johnsantos6stp
2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
5  Hagåtña, Guam 96910
   PHONE: 472-7332
6  FAX: 472-7334
7  Attorneys for the United States of America
```

**FILED**
DISTRICT COURT OF GUAM
JUL 14 2005 *nbo*
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00016-03 |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION OF PARTIES<br>) TO VACATE STATUS HEARING;<br>) UNSEAL RECORD AND SET<br>) SENTENCING DATE |
| JOHN TROY SANTOS, | ) |
| Defendant. | ) |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, Louie Yanza, hereby stipulate to vacate the ~~Status~~ Sentencing Hearing currently scheduled for August 1, 2005, to unseal the record, and to set a sentencing date in the above matter.

\\
\\
\\
\\
\\
\\
\\

The parties request that the Court calendar the sentencing date at least ninety (90) days from the date of this request so that the Presentence Report can be completed in this case.

SO STIPULATED.

_7/12/05_
DATE

[signature]
LOUIE YANZA
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

_7/12/05_      By: [signature]
DATE                KARON V. JOHNSON
                    Assistant U.S. Attorney

\*\*\*\*ORDER\*\*\*\*

IT IS SO ORDERED that the ~~Status~~ Sentencing Hearing currently scheduled for August 1, 2005, is hereby vacated, the record ordered unsealed, and sentencing is set for __Oct. 25__, 2005 at 9:00 a.m. Presentence Report is due on __Sept. 15__, 2005.

_7/14/2005_
DATE

[signature]
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

RECEIVED
JUL 12 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

- 2 -