ORIGINAL

PS 42
(Rev. 07/93)

**United States District Court**
District of Guam

FILED
DISTRICT COURT OF GUAM
JUL 29 2005
MARY L.M. MORAN
CLERK OF COURT
(38)

| | | |
|---|---|---|
| **United States of America** | ) | |
| vs. | ) ) ) | |
| **JOHN TROY SANTOS** | ) | Case No: 05-00016-003 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _John Troy Santos_, have discussed with _Robert I. Carreon_, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

The defendant shall submit to a mental health intake assessment and any recommended treatment inclusive of individual and/or family counseling.

I consent to this modification of my release conditions and agree to abide by this modification.

_John Troy Santos_     7-26-05                    _Robert I. Carreon_     7/26/05
Signature of Defendant    Date                    Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_David J. Lujan_                                            7-28-05
Signature of Defense Counsel                                Date

[✓] The above modification of conditions of release is orderd, to be effective on
[ ] The above modification of conditions of release is *not* ordered.

RECEIVED JUL 29 2005 DISTRICT COURT OF GUAM HAGATNA, GUAM

_Frances Tydingco-Gatewood_     RECEIVED July 29, 2005
~~Judge~~ Designated Judge
U.S. District Court of Guam

RECEIVED JUL 28 2005 DISTRICT COURT OF GUAM HAGATNA, GUAM