# ORIGINAL

FILED
DISTRICT COURT OF GUAM

JUL 29 2005

MARY L.M. MORAN
CLERK OF COURT
(39)

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00016 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATION AND ORDER TO** |
| | ) | **VACATE STATUS HEARING,** |
| | ) | **AND SET SENTENCING** |
| RAYMOND G. L. CALVO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties in the above-entitled matter, the United States of America, and the defendant,

by and through his counsel, Rawlen M.T. Mantanona, hereby stipulate to vacate the status

//
//
//
//
//
//
//
//
//

hearing, now scheduled for August 1, 2005, and set this case for sentencing as soon as the

Court's schedule permits.

SO STIPULATED.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 7/27/05

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

DATED: 7/28/05

_____
RAWLEN M.T. MANTANONA
Attorney for Defendant

# * * * * O R D E R * * * *

**IT IS SO ORDERED** that the status hearing is vacated, and that sentencing is set for

_____November 2_____, 2005, at the hour of 9:00 a. m. The presentence investigation report

is due on _____September 28_____, 2005.

DATED: July 29, 05.

_____
FRANCES TYDINGCO-GATEWOOD
Designated Judge
District Court of Guam

RECEIVED

JUL 28 2005

DISTRICT COURT OF GUAM
HAGATNA, GUAM

-2-