PS 42
(Rev. 7/93)

# United States District Court
## District Of

United States of America )
                                          )
vs. )
                                          )
Raymond Gerard Iizama Calvo ) Case No. 05-00016-002



FILED
DISTRICT COURT OF GUAM
OCT - 7 2005
MARY L.M. MORAN
CLERK OF COURT

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Raymond G.L. Calvo__, have discussed with __John W. San Nicolas II__, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

1. **Refrain from any use of alcohol.**

I consent to this modification of my release conditions and agree to abide by this modification.

__[signed]__   09/16/05      __[signed]__   9/16/05
Signature of Defendant   Date      Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

__[signed]__                                                          9/28/05
Signature of Defense Counsel                                 Date

[X] The above modification of conditions of release is ordered, to be effective on __10/7/2005__.
[ ] The above modification of conditions of release is *not* ordered.

__[signed]__                                                   10/7/2005
Signature of Judicial Officer                                  Date
JOAQUIN V.E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE
DISTRICT COURT OF GUAM

RECEIVED
OCT - 6 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL