**CABOT MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913

Attorneys for **Raymond G. L. Calvo**



**FILED**
DISTRICT COURT OF GUAM
OCT 11 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> RAYMOND GERALD LIZAMA CALVO ) <br> ) <br> Defendant. ) | Criminal Case No. 05-00016 <br><br> **CERTIFICATE OF SERVICE** |

I, CHARLENE D. MAYO, hereby certify that a copy of the Sentencing Memorandum was duly hand-delivered or faxed to the following on October 7, 2005:

Lujan, Aguigui & Perez, LLP
Suite 301, Pacific News Building
238 Archbishop Flores Street
Hagatna, Guam 96910

United States Attorney General
Sirena Plaza, Suite 500
108 Hernan Cortez
Hagatna, Guam 96910

United States Probation Office
2nd Floor, U.S. Court House
520 West Soledad Avenue
Hagatna, Guam 96910

Federal Public Defender
400 Route 8, Suite 501
Mongmong, Guam 96910

Dated: Oct 7, 2005

_____
CHARLENE D. MAYO
Legal Secretary to Rawlen M T Mantanona

**ORIGINAL**