AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT OF GUAM
## DISTRICT OF GUAM

USA,

    Plaintiff,

V.

Raymond Gerald Lizama Calvo,

    Defendant.

**NOTICE**

CASE NUMBER: 1:05-cr-00016-002

[ ] **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U.S. Courthouse<br>520 W. Soledad Avenue<br>Hagatna, GU 96910 | |
| | DATE AND TIME<br>**at** |

TYPE OF PROCEEDING

### *SENTENCING*

[ ] **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 W. Soledad Avenue<br>Hagatna, GU 96910 | Wednesday, November 2, 2005 at 9:00 a.m. | **Monday, October 31, 2005 at 1:30 p.m.** |

MARY L.M. MORAN, CLERK OF COURT

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| October 19, 2005 | Marilyn B. Alcon |
|---|---|
| DATE | /s/ (BY) DEPUTY CLERK |

TO: U.S. Attorney's Office      U.S. Probation Office
       Rawlen M.T. Mantanona      U.S. Marshal Service