# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Raymond Gerald Lizama Calvo, <br><br> Defendant. | Case No. 1:05-cr-00016 <br><br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Judgment filed November 3, 2005 and Notice of Entry filed November 4, 2005,*** on the dates indicated below:

| *U.S. Attorney's Office* | *Rawlen M.T. Mantanona* | *U.S. Probation Office* | *U.S. Marshal Service* |
|---|---|---|---|
| *November 4, 2005* | *November 4, 2005* | *November 4, 2005 (Judgment Only)* | *November 7, 2005 (Judgment Only)* |

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

***Judgment filed November 3, 2005 and Notice of Entry filed November 4, 2005***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 7, 2005                     /s/ Virginia T. Kilgore
                                                          Deputy Clerk